IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3007 |
| v. | ) | |
| | ) | |
| MARK ALLEN FREDERICK, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

A telephone conference was held with counsel this date pursuant to the provisions of Rule 17.1 of the Federal Rules of Criminal Procedure.  Counsel reported on their progress in the case, including the nature and status of other, ancillary matters related to this case.  It was agreed that the matter of scheduling a trial should be postponed further to allow the parties to explore settlement options.

IT THEREFORE HEREBY IS ORDERED,

Another conference by telephone will be held on September 18, 2007 at 11:00 a.m. to further consider scheduling matters and a possible trial date.  Plaintiff's counsel shall initiate the call.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge