```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3007 |
| v. ) | |
| ) | |
| MARK ALLEN FREDERICK, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

Another telephone conference was held with counsel this date pursuant to the provisions of Rule 17.1 of the Federal Rules of Criminal Procedure. Counsel reported on their progress in the case, including the nature and status of other, ancillary matters related to this case. It was agreed that the matter of scheduling a trial should continue to be postponed further to allow the parties to explore settlement options.

   IT THEREFORE HEREBY IS ORDERED,

   Another conference by telephone will be held on October 12, 2007 at 11:00 a.m. to further consider scheduling matters and a possible trial date. Plaintiff's counsel shall initiate the call.

   DATED September 18, 2007.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge