IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALLEN FREDERICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The telephone conference that was set for this date to further considering scheduling matters and a possible trial date is continued to February 14, 2008 at 9:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge