```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3007 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ALLEN FREDERICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Another telephone conference was held with counsel this date pursuant to the provisions of Rule 17.1 of the Federal Rules of Criminal Procedure. Counsel reported on their progress in the case, including the nature and status of other, ancillary matters related to this case. It was agreed that the matter of scheduling a trial should continue to be postponed further to allow the parties to explore settlement options.

    IT THEREFORE HEREBY IS ORDERED,

    Another conference by telephone will be held on February 28, 2008 at 2:30 p.m. to further consider scheduling matters and a possible trial date. Plaintiff's counsel shall initiate the call.

    DATED this 14th day of February, 2008.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge