IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:07CR3007 |
| ) | |
| v. ) | |
| ) | |
| MARK ALLEN FREDERICK, ) | ORDER CONTINUING CHANGE-OF- |
| ) | PLEA HEARING |
| Defendant. ) | |
| ) | |

In a telephone call to my chambers a joint request was made by Alan L. Everett for the government and Robert B. Creager for defendant Mark Allen Frederick to continue the change-of-plea hearing from October 23, 2008, to November 4, 2008.

IT IS ORDERED that:

1. the oral motion to continue the change-of-plea hearing from October 23, 2008, to November 4, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, is granted.

Dated October 21, 2008.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge