IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 OCT 31 PM 1:29

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:07CR3007 |
| ) | |
| v. ) | |
| ) | |
| MARK ALLEN FREDERICK, ) | ORDER CONTINUING CHANGE-OF-PLEA HEARING |
| ) | |
| Defendant. ) | |
| ) | |

In a telephone call to my chambers a joint request was made by Alan L. Everett for the plaintiff and Robert B. Creager for defendant Mark Allen Frederick to continue the change-of-plea hearing from November 4, 2008, to November 10, 2008.

IT IS ORDERED that the oral motion to continue the change-of-plea hearing from November 4, 2008, to November 10, 2008, at 2:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, is granted.

DATED this 31st day of October, 2008.

BY THE COURT:

*[signature]*

Warren K. Urbom
Senior United States District Judge