IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3007 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARK ALLEN FREDERICK, | ) | |
| | ) | |
| Defendant. | | |

Upon Motion by the government, there being no objection by the Defendant, the United States Marshals Services is directed to release $82,376.91 to the Clerk of the U.S. District Court for the District of Nebraska, which is directed to cause the $82,376.91 to be disbursed as provided in the Judgment in the case of *United States v. Mobility Specialists*, 4:08CR3157.

Dated this 22nd day of June, 2009.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge