IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3007 |
| v. | ) | |
| MARK ALLEN FREDERICK, | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

IT IS ORDERED that pursuant to the Motion for Dismissal of Indictment Without Prejudice, filing 37, filed by the government, the Indictment against the defendant Mark Allen Frederick is dismissed without prejudice.

Dated January 4, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge